IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

RICKIE D. WHARTON, et al.,          )
                                    )          Case No. 4:10CV00001
                    Appellants,     )
                                    )
v.                                  )          **ORDER**
                                    )
BENEFICIAL, et al.,                 )          By: Jackson L. Kiser
                                    )                Senior United States District Judge
                    Appellees.      )


     Before me is Rickie D. Wharton and Shelby P. Wharton's appeal of the Bankruptcy Court's denial of Appellants' Motion to Avoid the judgment lien of Beneficial and Beneficial Discount Company of Virginia ("Appellees"). I heard oral argument on March 8, 2010, at which only counsel for Appellants appeared. The matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, it is this day **ADJUDGED** and **ORDERED** that the Bankruptcy Court's denial of Appellants' Motion to Avoid is **REVERSED**, the Motion is **GRANTED**, and the Appellees' lien against the properties is **AVOIDED** to the extent it impairs the homestead exemption. The case is **REMANDED** to the Bankruptcy Court for further proceedings in accordance with this Court's Memorandum Opinion.

     The Clerk is directed to send a copy of this Order to all counsel of record as well as to Judge Anderson.

     ENTERED this 9th day of March, 2010.


s/Jackson L. Kiser
Senior United States District Judge